UNITED STATES DISTRICT COURT                ECF CASE

SOUTHERN DISTRICT OF NEW YORK           08 CV 3444 (GEL)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                    Plaintiff,
- against -

McDONOUGH INDUSTRIES LLC a.k.a. McDONOUGH INDUSTRIES LLC USA and LAWRENCE McDONOUGH.,

                    Defendants.

VERIFIED COMPLAINT IN ADMIRALTY

      Plaintiff, by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, for its complaint, alleges on information and belief:

## GENERAL ALLEGATIONS

    1.    The jurisdiction of this Court is based upon:

        (a)    The admiralty and maritime nature of the claims within the meaning of 28 U.S.C. 1333(1) and F.R.Civ.P. 9(h);

        (b)    Diversity of citizenship within the meaning of 28 U.S.C. 1332(a)(2); and

        (b)    Supplemental jurisdiction within the meaning of 28 U.S.C. 1367.

    2.    Plaintiff is a corporation organized and existing under the laws of Japan.

    3.    Defendant, McDONOUGH INDUSTRIES, LLC, is a limited liability company formed and existing under the laws of one of the fifty U.S. states with its office and principal place of business in Boston, Massachusetts.

4. Defendant, LAWRENCE McDONOUGH, was at all relevant times, and still is, a citizen and resident of Massachusetts, and the owner and chief executive officer of defendant, McDONOUGH INDUSTRIES, LLC.

5. Defendants were the booking parties, shippers, consignors and billing parties of certain cargo shipping containers, said to contain waste paper, which were loaded and carried by plaintiff by sea pursuant to various bill of lading contracts of carriage from New York to Hong Kong. A breakdown of each such shipment is attached hereto as SCHEDULE A.

## COUNT 1
## McDONOUGH INDUSTRIES, LLC - BREACH OF CONTRACT

6. Pursuant to said bill of lading contract(s) of carriage, there is now due and owing to plaintiff from defendant, McDONOUGH INDUSTRIES, LLC, ocean freight, demurrage, storage, detention and other charges for the shipments identified in SCHEDULE A as follows ("HK$" meaning Hong Kong Dollars):

```
Prepaid Ocean Freight Charges:              US$    137,902.00

Collect Ocean Freight Charges:              HK$    457,325.00

Other Charges:                              HK$  2,423,980.00
(Shifting Charges to Off Dock Depot
and Storage Cost at Depot)
```

7. At the rate of exchange in effect on February 26, 2008, the amounts in the foregoing paragraph given in Hong Kong Dollars would convert to the following amounts in U.S. Dollars:

```
Prepaid Ocean Freight Charges:              US$    137,902.00

Collect Ocean Freight Charges:              US$     58,683.02

Other Charges:                              US$    311,043.10
(Shifting Charges to Off Dock Depot
and Storage Cost at Depot)
                                 TOTAL:     US$    507,628.12
```

No part of the foregoing has been paid although duly demanded.

    8.    All conditions precedent have been performed or have occurred.

**COUNT 2**
**LAWRENCE McDONOUGH – PIERCING VEIL - BREACH OF CONTRACT**

    9.    Defendant, LAWRENCE McDONOUGH, booked or caused to be booked in the name of defendant, McDONOUGH INDUSTRIES, LLC, with plaintiff, the shipments identified in the attached SCHEDULE A.

    10.    At booking, defendant, LAWRENCE McDONOUGH, declared or caused the cargoes to be declared to plaintiff to be waste paper when in fact the cargoes did not qualify as waste paper under the applicable contracts and/or law.

    11.    Defendant, LAWRENCE McDONOUGH, knew the falsity of the declaration as to the nature and character of the cargoes when made, but acted with the intent to defraud both plaintiff and various consignees in Hong Kong.

    12.    As a result of the false declarations, the cargoes were rejected by the Hong Kong consignees.

    13.    As a result of the fraudulent conduct of defendant, LAWRENCE McDONOUGH, any separate legal existence between him and codefendant, McDONOUGH INDUSTRIES, LLC,

3

should be disregarded, and defendant, LAWRENCE McDONOUGH, should be held personally liable on the bills of lading contracts identified in SCHEDULE A although the same were nominally entered into on behalf of defendant, McDONOUGH INDUSTRIES, LLC.

## COUNT 3
### BOTH DEFENDANTS – COMMON LAW AND/OR MARITIME FRAUD

14. The matters alleged in paras, 1 – 11, supra, constitute common law or maritime fraud within the meaning of F.R.Civ.P. 9(b).

## COUNT 4
### BOTH DEFENDANTS – FUTURE DAMAGES

15. By virtue of the matters alleged in paras. 1 – 12, supra, plaintiff will continue to accrue future damages in the form of (a) continuing demurrage, storage and detention charges, (b) freight charges to return the containers and cargoes to the U.S., and (3) approximately $55,000.00 in charges for disposition of the cargoes.

16. As best as can now be estimated, those damages will amount to US$300,000.00.

WHEREFORE, plaintiff respectfully requests relief as follows:

(a) That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction issue against the defendants, citing them to appear and answer under oath all and singular the matters alleged.

(b) That since the defendants cannot be found within the district pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules and the United States Arbitration Act, 9 U.S.C.

§§ 1 and 8, attaching all tangible or intangible property in whatever form or any other funds held by any garnishees to be named in the process up to the amount of $1,300,000.00 which represents plaintiff's good faith estimate of the principal amount incurred and to be incurred, prejudgment interest, attorneys' fees, costs and disbursements sued for to secure the plaintiff's claim, and that all persons claming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged;

     (c)    That plaintiff have judgment for the amount of its claim together with punitive damages, interest, and \the costs and disbursements of this action.

Dated: New York, NY, March 31, 2008

                                                   CICHANOWICZ, CALLAN, KEANE,

                                                   VENGROW & TEXTOR, LLP
                                                   Attorneys for Plaintiff


                                                   By:     Joseph De May, Jr.       
                                                   Joseph De May, Jr. [JD-9105]
                                                   61 Broadway, Suite 3000
                                                   New York, New York 10006-2802
                                                   (212)344-7042

## ATTORNEY VERIFICATION

The undersigned declares that the following statement is true under the penalties of perjury:

1. I am over 18 years of age, of sound mind, capable of making this verification and fully competent to testify to all matters stated herein.

2. I am attorney for the plaintiff in this action and I am fully authorized to make this verification on its behalf.

3. I have read the foregoing complaint, and the contents thereof are true and accurate to the best of my knowledge upon information and belief.

4. The reason that this verification was made by me and not the plaintiff is that the plaintiff is a corporation, none of whose officers are present in the district.

5. The source of my knowledge is information and records furnished to me by the plaintiff and its underwriters, all of which I believe to be true and accurate.


Dated: New York, New York

   March 31, 2008

                                                            _____Joseph De May, Jr._____

                                                            Joseph De May, Jr. [JD-9105]

9061-Schedule-A.xls

| VSL/VOY(BL) | B/L | Booking No. | BL Date | VSL/VOY | ETA (MM/DD/YY) | Load Port | Discharge Port | Place of Delivery | SHIPPER | CNEE | Commodity | CNTR NO | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OOCL NEW YORK V.066 | 358095664 | CHIF8818 | 4/10/2007 | ASIAN GYRO V.035N | 08/05/07 | NEW YORK | SINGAPORE | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | SOFT MIXED PAPER | FSCU9970592 | 40 | HCD |
| OOCL NEW YORK V.066 | 358095664 | CHIF8818 | 4/10/2007 | ASIAN GYRO V.035N | 08/05/07 | NEW YORK | SINGAPORE | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | SOFT MIXED PAPER | NYKU5910044 | 40 | HCD |
| OOCL NEW YORK V.066 | 358095664 | CHIF8818 | 4/10/2007 | ASIAN GYRO V.035N | 08/05/07 | NEW YORK | SINGAPORE | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | SOFT MIXED PAPER | NYKU6200495 | 40 | HCD |
| OOCL NEW YORK V.066 | 358095664 | CHIF8818 | 4/10/2007 | ASIAN GYRO V.035N | 08/05/07 | NEW YORK | SINGAPORE | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | SOFT MIXED PAPER | TRIU9507128 | 40 | HCD |
| OOCL NEW YORK V.066 | 358095664 | CHIF8818 | 4/10/2007 | ASIAN GYRO V.035N | 08/05/07 | NEW YORK | SINGAPORE | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | SOFT MIXED PAPER | TRLU7013497 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | FSCU6666734 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | FSCU9963459 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU4080908 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU4087395 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU4095641 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU4104810 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5525789 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5545506 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5586228 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5616554 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5693015 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5702143 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5711063 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5751030 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5760812 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5855374 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5976144 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU6206240 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TCKU9674479 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TCNU9170472 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TCNU9844076 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TCNU9844501 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TRIU9177047 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TRLU5511145 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TRLU6642330 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TRLU8182953 | 40 | HCD |

UNDELIVERIED CNTR

| VSL/VOY(BL) | B/L | Booking No. | BL Date | VSL/VOY | ETA (MM/DD/YY) | Load Port | Discharge Port | Place of Delivery | SHIPPER | CNEE | Commodity | CNTR NO | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TRLU8184051 | 40 | HCD |
| BREMEN EXRESS V.34 | 360012435 | CHII5258 | 7/28/2007 | BREMEN EXPRESS V.34W28 | 08/27/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TTNU9800321 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | FSCU6665785 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | FSCU9184989 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | FSCU9715051 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5467147 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5494040 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5726166 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5742887 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5748592 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5755879 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5760330 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5807313 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5807822 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5865937 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5873254 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5879890 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5942273 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5949051 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5996053 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5996074 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TCKU9212568 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TCNU9476457 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TCNU9846989 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TRLU6637360 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TRLU6639995 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TRLU7011160 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TRLU7135812 | 40 | HCD |
| BELLAVIA V.09 | 360014153 | CHII7369 | 8/2/2007 | BELLAVIA V.09W31 | 09/03/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TTNU9402246 | 40 | HCD |
| OCTAVIA V.09 | 360018898 | CHIJ2908 | 8/16/2007 | OCTAVIA V.09W33 | 09/17/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | WASTE PAPER | NYKU4064384 | 40 | HCD |
| OCTAVIA V.09 | 360018898 | CHIJ2908 | 8/16/2007 | OCTAVIA V.09W33 | 09/17/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | WASTE PAPER | NYKU5573766 | 40 | HCD |

| VSL/VOY(BL) | B/L | Booking No. | BL Date | VSL/VOY | ETA (MM/DD/YY) | Load Port | Discharge Port | Place of Delivery | SHIPPER | CNEE | Commodity | CNTR NO | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCTAVIA V.09 | 360018898 | CHIJ2908 | 8/16/2007 | OCTAVIA V.09W33 | 09/17/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | WASTE PAPER | NYKU5586104 | 40 | HCD |
| OCTAVIA V.09 | 360018898 | CHIJ2908 | 8/16/2007 | OCTAVIA V.09W33 | 09/17/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | WASTE PAPER | NYKU5627796 | 40 | HCD |
| OCTAVIA V.09 | 360018898 | CHIJ2908 | 8/16/2007 | OCTAVIA V.09W33 | 09/17/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | WASTE PAPER | NYKU5786102 | 40 | HCD |
| OCTAVIA V.09 | 360018898 | CHIJ2908 | 8/16/2007 | OCTAVIA V.09W33 | 09/17/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | WASTE PAPER | NYKU5798607 | 40 | HCD |
| OCTAVIA V.09 | 360018898 | CHIJ2908 | 8/16/2007 | OCTAVIA V.09W33 | 09/17/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | WASTE PAPER | NYKU5813527 | 40 | HCD |
| OCTAVIA V.09 | 360018898 | CHIJ2908 | 8/16/2007 | OCTAVIA V.09W33 | 09/17/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | WASTE PAPER | NYKU5848312 | 40 | HCD |
| OCTAVIA V.09 | 360018898 | CHIJ2908 | 8/16/2007 | OCTAVIA V.09W33 | 09/17/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | WASTE PAPER | NYKU5967630 | 40 | HCD |
| OCTAVIA V.09 | 360018898 | CHIJ2908 | 8/16/2007 | OCTAVIA V.09W33 | 09/17/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | WASTE PAPER | TCNU9060536 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018901 | CHIJ3190 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | FSCU6661265 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018901 | CHIJ3190 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | FSCU9181402 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018901 | CHIJ3190 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5578937 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018901 | CHIJ3190 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5660670 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018901 | CHIJ3190 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5686192 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018901 | CHIJ3190 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5719249 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018901 | CHIJ3190 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5736550 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018901 | CHIJ3190 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5867523 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018901 | CHIJ3190 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5895757 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018901 | CHIJ3190 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU6974423 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018903 | CHIJ3191 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU4026759 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018903 | CHIJ3191 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU4029594 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018903 | CHIJ3191 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU4115985 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018903 | CHIJ3191 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5620575 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018903 | CHIJ3191 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5657825 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018903 | CHIJ3191 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5805394 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018903 | CHIJ3191 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5857340 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018903 | CHIJ3191 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | NYKU5871776 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018903 | CHIJ3191 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TCNU9844184 | 40 | HCD |
| HOECHST EXPRESS V.91 | 360018903 | CHIJ3191 | 8/23/2007 | HOECHST EXPRESS V.91W34 | 09/24/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP. | WASTE PAPER | TRLU7017450 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | FSCU9961100 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU4116596 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU4116786 | 40 | HCD |

| VSL/VOY(BL) | B/L | Booking No. | BL Date | VSL/VOY | ETA (MM/DD/YY) | Load Port | Discharge Port | Place of Delivery | SHIPPER | CNEE | Commodity | CNTR NO | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU4128920 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU4137937 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5531930 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5544140 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5596653 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5603921 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5622834 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5671799 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5688240 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5690762 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5733904 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5743163 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5797600 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5824394 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5824584 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5829800 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5863620 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5902537 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5916145 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | NYKU5989990 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | TCKU9776547 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | TCNU9470253 | 40 | HCD |
| ROTTERDAM EXPRESS V.54 | 360021539 | CHIJ4705 | 9/1/2007 | ROTTERDAM EXPRESS V.54W35 | 10/07/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | YURI INVESTMENT & TRADING CORP | MIXED WASTE PAPER NO. 3D GRADE | TCNU9476930 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | FSCU9972445 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU4007321 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU4038955 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU4041590 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU4042554 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU4054046 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU4119810 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU4132107 | 40 | HCD |

| VSL/VOY(BL) | B/L | Booking No. | BL Date | VSL/VOY | ETA (MM/DD/YY) | Load Port | Discharge Port | Place of Delivery | SHIPPER | CNEE | Commodity | CNTR NO | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU4133952 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5413069 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5418986 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5460564 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5597270 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5609370 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5721483 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5721903 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5738758 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5744452 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5745382 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5766620 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5891026 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU5950520 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | NYKU6212161 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | TRLU5652652 | 40 | HCD |
| VANCOUVER EXPRESS V.17 | 360021447 | CHIJ6545 | 9/7/2007 | VANCOUVER EXPRESS V.17W36 | 10/10/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | ON KEE (HK) ENVIRONMENTAL RECYCLING LIMITED | MIXED WASTE PAPER NO. 3D GRADE | TRLU7011473 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | GATU8523054 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU4034409 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU4041603 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU4045424 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU4082285 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU4082460 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU4099117 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU4109405 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU4133994 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5404827 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5450313 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5477248 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5505735 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5580997 | 40 | HCD |

9061-Schedule-A.xls

| VSL/VOY(BL) | B/L | Booking No. | BL Date | VSL/VOY | ETA (MM/DD/YY) | Load Port | Discharge Port | Place of Delivery | SHIPPER | CNEE | Commodity | CNTR NO | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5595533 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5597520 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5620467 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5623785 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5656412 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5883843 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | NYKU5977351 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | TCNU9362177 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | TGHU8564494 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | TRLU5882193 | 40 | HCD |
| DUESSELDORF EXPRESS V.51 | 360024005 | CHIJ7514 | 9/13/2007 | DUESSELDORF EXPRESS V.51W37 | 10/14/07 | NEW YORK | HONG KONG | HONG KONG | MCDONOUGH INDUSTRIES | KIM CHINH JOINT STOCK COMPANY | MIXED WASTE PAPER B GRADE | TRLU7015376 | 40 | HCD |