| | |
|---|---|
| UNITED STATES DISTRICT COURT | ECF CASE |
| SOUTHERN DISTRICT OF NEW YORK | 08 CV 3444 (GEL) |

| | |
|---|---|
| NIPPON YUSEN KAISHA a.k.a. NYK LINE,<br><br>                        Plaintiff,<br>- against -<br><br>McDONOUGH INDUSTRIES LLC a.k.a. McDONOUGH INDUSTRIES LLC USA and LAWRENCE McDONOUGH.,<br><br>                        Defendants. | DEFENDANT, NIPPON YUSEN KAISHA'S CORPORATE DISCLOSURE STATEMENT<br><br>[F.R.Civ.P. 7.1] |

       Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: New York, NY<br><br>       March 31, 2007 | CICHANOWICZ CALLAN KEANE VENGROW<br> & TEXTOR, LLP, 61 Broadway, Ste. 3000<br>New York, NY 10006 – Tel. 212-344-7042 |
| | By: /s/_____Joseph De May, Jr.._____<br>       Joseph De May, Jr. [JD-9105]<br>       Attorneys for Plaintiff |