UNITED STATES DISTRICT COURT                ECF CASE

SOUTHERN DISTRICT OF NEW YORK               08 CV 3444 (GEL)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                          Plaintiff,
- against -                                 ~~SUMMONS AND~~ PROCESS OF MARITIME
                                            ATTACHMENT AND GARNISHMENT
McDONOUGH INDUSTRIES LLC a.k.a.
McDONOUGH INDUSTRIES LLC USA and
LAWRENCE McDONOUGH.,

                          Defendants.

THE PRESIDENT OF THE UNITED STATES OF AMERICA.

To the Marshal of the U.S. District Court for the Southern District of New York, GREETINGS:

      WHEREAS, the attached Verified Complaint in admiralty was filed herein for damages alleged to be due the said Plaintiff and praying that process of attachment and garnishment be issued;

      WHEREAS, said Verified Complaint is supported by a declaration that the defendant, McDONOUGH INDUSTRIES LLC a.k.a. McDONOUGH INDUSTRIES LLC USA cannot be found in this District;

      NOW, THEREFORE, we do hereby command that you attach goods, chattels, credits, and effects of defendant, McDONOUGH INDUSTRIES LLC a.k.a. McDONOUGH INDUSTRIES LLC USA, up to the amount sued for, namely: the property of the said defendant within the District, including monies owed to defendant by, or otherwise held by the following garnishees, to the extent of $1,300,000.00:

            AMERICAN EXPRESS BANK
            c/o Zeichner Ellman & Krause LLP
            575 Lexington Avenue, New York, NY 10022

BANK OF AMERICA
345 Park Avenue, New York, NY

BANK OF CHINA
410 Madison Avenue, New York, NY

BANK OF NEW YORK
120 Broadway, Legal Dept., 19th Fl., New York, NY

BARCLAY'S BANK
200 Park Avenue, New York, NY

BNP PARIBAS
787 Seventh Avenue, New York, NY

CITIBANK, N.A.
90 Park Avenue at East 40th Street, New York, NY

CREDIT SUISSE FIRST BOSTON
One Madison Avenue, New York, NY

HSBC (USA) BANK
452 Fifth Avenue, New York, NY

J.P. MORGAN CHASE BANK
1 Chase Manhattan Plaza, New York, NY

STANDARD CHARTERED BANK
1 Madison Avenue, New York, NY

WACHOVIA BANK
360 Madison Avenue, New York, NY

And, that you promptly, after execution of this process, file same with the Court, with your return thereon; and

Garnishee is required, pursuant to Rule B(3)(a) of the Supplement Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, an answer to the Verified Complaint, together with answers to any interrogatories which may be served with the Verified

Case 1:08-cv-03444-GEL   Document 5   Filed 04/23/2008   Page 3 of 11

Complaint, within 20 days after service of this Summons With Process of Maritime Attachment and Garnishment.

Defendants are required, pursuant to Rule B(3)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee

WITNESS, The Honorable Judges of this Court on this 9 day of April 8, 2008

**J. MICHAEL McMAHON**
_____ Clerk

By: _____
                                        Deputy Clerk

CERTIFIED AS A TRUE COPY ON

THIS DATE 04-09-08

BY _____
  ( ) Clerk
  ( ) Deputy

3

UNITED STATES DISTRICT COURT                     ECF CASE

SOUTHERN DISTRICT OF NEW YORK                    08 CV 3444 (GEL)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                 Plaintiff,

- against -

McDONOUGH INDUSTRIES LLC a.k.a.                  DECLARATION OF SERVICE
McDONOUGH INDUSTRIES LLC USA and
LAWRENCE McDONOUGH.,

                 Defendants.

JAMIE RODRIGUEZ declares that the following statement is true under the penalties of perjury:

    1.    I am over the age of 18 years and I am not a party to this action.

    2.    On the dates and at the addresses set out in the attached list filled in by me, I served true and complete copies of the following process and pleadings in this case upon the garnishees also set out in the attached list:

        (a)    Process of maritime attachment and garnishment;

        (b)    Court order granting attachment;

        (c)    Court order allowing for substitute process server;

        (d)    Plaintiff's Supplemental Admiralty Rule B declaration;

        (e)    Plaintiff's Memorandum in support of attachment;

        (f)    Plaintiff's summons;

        (g)    Plaintiff's complaint;

        (h)    Plaintiff's corporate disclosure statement;

For each garnishee, service was made by personal delivery to the person identified and described in the attached list; and each such personal represented to me that he or she was authorized to receive service of process for that garnishee.

Dated: New York, New York

    April 23, 2008

/s/     Jamie Rodriguez

    JAMIE RODRIGUEZ

2

## SCHEDULE
### PROOF OF SERVICE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

08 cv 3444 (GEL)

AMERICAN EXPRESS BANK
c/o Zeichner Ellman & Krause LLP
575 Lexington Avenue, New York, NY 10022

Date Served: 4/22/08

Name of Person Served: Michael Antonvich, A

Job Title of Person Served: Managing Clerk.

Gender: male. white.

Hair Color: Brown

Approximate Height: 5-8

Approximate Weight: 150

Approximate Age: 35

BANK OF AMERICA

JP. ~~345 Park Avenue, New York, NY~~ c/o Zeichner Ellman, supra

Date Served: 4/22/08

Name of Person Served: Michael Antonivich.

Job Title of Person Served: Managing clerk

Gender: male.

Hair Color: Brown

Approximate Height: 5-8

Approximate Weight: 150

Approximate Age: 35

BANK OF CHINA
410 Madison Avenue, New York, NY

Date Served: 4-21-08

Name of Person Served: Ron Ying Wang

Job Title of Person Served: Asst. Manager

    Gender: Chinese

    Hair Color: Black

    Approximate Height: 5-7

    Approximate Weight: 145

    Approximate Age: 40


BANK OF NEW YORK
120 Broadway, Legal Dept., 19th Fl., New York, NY

Date Served: 4-21-08

Name of Person Served: Vaula P Mucicelli

Job Title of Person Served: Legal Assistant

    Gender: white female

    Hair Color: Grey/Blond

    Approximate Height: 5-8

    Approximate Weight: 135

    Approximate Age: 35

BARCLAY'S BANK
200 Park Avenue, New York, NY

Date Served: 4-21-08

Name of Person Served: Solomon Kibriye

Job Title of Person Served: Executive Legal

    Gender: Male, black

    Hair Color: Black

    Approximate Height: 5-8

    Approximate Weight: 135

    Approximate Age: 30

BNP PARIBAS
787 Seventh Avenue, New York, NY

Date Served: 4/22/08

Name of Person Served: Cheseca Debace

Job Title of Person Served: Legal Ass't.

    Gender: White female

    Hair Color: Black

    Approximate Height: 5-7

    Approximate Weight: 130

    Approximate Age: 40

CITIBANK, N.A.
90 Park Avenue at East 40th Street, New York, NY

Date Served: 4-22-08

Name of Person Served: Sheree former-Johnson

Job Title of Person Served: Service Officer

Gender: Black, female

Hair Color: Black

Approximate Height: 5-6

Approximate Weight: 155

Approximate Age: 40


CREDIT SUISSE ~~FIRST BOSTON~~ SECURITIES
One Madison Avenue, New York, NY

Credit Suisse Securities (USA) LLC.
new name

Date Served: 4/22/08

Name of Person Served: Daniel Farnsworth

Job Title of Person Served: Clerk

Gender: male white

Hair Color: Brown

Approximate Height: 5-8

Approximate Weight: 140

Approximate Age: 40

HSBC (USA) BANK
452 Fifth Avenue, New York, NY

Date Served: 4-21-08

Name of Person Served: Sandy Cutler

Job Title of Person Served: Client Service Associate

Gender: white - female

Hair Color: Blond ~~Hair~~

Approximate Height: 5'5

Approximate Weight: 130

Approximate Age: 40


J.P. MORGAN CHASE BANK
1 Chase Manhattan Plaza, New York, NY

Date Served: 4/21/08

Name of Person Served: Doreen Bertone

Job Title of Person Served: Legal Specialist.

Gender: Female, white.

Hair Color: Black/grey

Approximate Height: 5-4

Approximate Weight: 150

Approximate Age: 60.

STANDARD CHARTERED BANK
1 Madison Avenue, New York, NY

Date Served: 4/22/08

Name of Person Served: Johanna Ferrera

Job Title of Person Served: Legal Asst.

Gender: Female, Hispanic.

Hair Color: Brown

Approximate Height: 5'-5"

Approximate Weight: 145

Approximate Age: 30

WACHOVIA BANK
360 Madison Avenue, New York, NY

Date Served: 4-21-08

Name of Person Served: Steven Marcinkiewich.

Job Title of Person Served: Financial Center Manager

Gender: white male

Hair Color: Brown.

Approximate Height: 5'-8"

Approximate Weight: 145

Approximate Age: 35