UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NIPPON YUSEN KAISHA a/k/a NYK LINE,

            Plaintiff,

            -v.-

MCDONOUGH INDUSTRIES LLC and
LAWRENCE MCDONOUGH,

            Defendants.

-----------------------------------------------------------x

08 Civ. 3444 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court having received plaintiff's letter dated July 29, 2008, it is hereby ORDERED that plaintiff's time to serve the summons and complaint on defendants is extended to October 31, 2008. If service has not been made on or before this date, the complaint will be dismissed, for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure. There will be no further extensions of this deadline.

    The Clerk of the Court is respectfully directed to docket the attached letter from Joseph De May, Jr. to the Court.

SO ORDERED.

Dated: New York, New York
       July 30, 2008

                                                  _____
                                                  GERARD E. LYNCH
                                                  United States District Judge