LAW OFFICES OF

# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

61 BROADWAY, SUITE 3000

NEW YORK, N. Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW¹
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DeCHARLES II‡

———————

JESSICA A. DE VIVO*
IRENE M. ZANETOS*

¹ALSO ADMITTED TO DISTRICT OF
 COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
#ALSO ADMITTED TO GEORGIA
‡ALSO ADMITTED TO NEW JERSEY & TEXAS
*ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

———————

BYRON KING CALLAN
(1914 - 1992)
VICTOR S. CICHANOWICZ
(1918 - 1989)

July 29, 2008
BY HAND

The Hon. Gerard E. Lynch, U.S.D.J.
The U.S. Courthouse, 500 Pearl Street
New York, NY 10006

RE:    Nippon Yusen Kaisha v. McDonough Industries, LLC and Lawrence McDonough
       08 CV 3444 (GEL) (S.D.N.Y.) - Our File:  9061/PMK/JDM

Your Honor:

    We are the attorneys for plaintiff in the above captioned matter.  Please accept this letter as our application pursuant to F.R.Civ.P. 4(m) for additional time in which to make service of the summons and complaint on defendants.

    The complaint pleads admiralty and maritime claims against defendants in the amount of $1.3 million for unpaid ocean freight, storage, detention and other charges, accrued and to be accrued.  On May 22, 2008, we attached $18,000 in assets of defendant, McDONOUGH INDUSTRIES, LLC, in the hands of the Bank of America pursuant to process of maritime attachment and garnishment issued herein.

    Since May 5, 2008, we have attempted service at four addresses in the Boston area at which we believed defendants were or had at one time been located, but the process server was unable to find either of them at any of the addresses.  The fact that we were able to attach a bank transfer on May 22ⁿᵈ of this year indicates that the defendants are still in business somewhere.  Under the circumstances, if the Court will permit more time, we intend to promptly hire a private investigator.

                                    Respectfully,
                                    CICHANOWICZ CALLAN KEANE VENGROW
                                    & TEXTOR, LLP

                                    By: _____
                                        Joseph De May, Jr. [JD-9105]